|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JEFFERSON SISON, | ) Civil No. 09-cv-1185-BEN (WVG) |
|---|---|
|         Petitioner, | ) ORDER DENYING ISSUANCE OF A<br>) CERTIFICATE OF APPEALABILITY |
| v. | ) |
| LARRY SMALL, Warden. | ) |
|         Respondent. | ) |

*Pro se* Petitioner Jefferson Sison filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Magistrate Judge recommended denying the petition. The Report and Recommendation was adopted on November 18, 2010. On November 30, 2010, Petitioner filed a notice of appeal. He has not requested a certificate of appealability for any of the claims presented in his Petition. "[I]f the prisoner neglects to request a certificate of appealability before going forward, the court of appeals can grant him one *sua sponte*." *Hayward v. Marshall*, 603 F.3d 546, 554 (9th Cir. 2010) (en banc, abrogated on other grounds by *Swarthout v. Cooke*, 502 U.S. ___, 2011 WL 197627 (Jan. 24, 2011) (per curiam). Here, however, the case has been remanded for the limited purpose of granting or denying the certificate. *See* Order of March 2, 2011, Appeal No. 10-57045.

**Legal Standard**

A certificate of appealability is authorized, "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Petitioner must show that the issues are debatable among reasonable jurists or that the questions are adequate to deserve encouragement to proceed further. *Hayward*, 603 F.3d at 553. The showing necessitates something above "the absence of frivolity." *Id.*

**Discussion**

This Court has considered the issues raised by Petitioner with respect to whether they satisfy the standard for issuance of a certificate of appealability, and determines that none meet that standard.

**Conclusion**

Based upon the foregoing, the Court hereby denies the issuance of a certificate of appealability.

DATED: March 3, 2011

_____

Hon. Roger T. Benitez

United States District Judge